Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039-0657
(973) 994-6677
kharris@bhsm-law.com

John P. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel. (305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.                                                                          Case No. 3:17-cv-1881-BRM-TJB

MANAHAWKIN 2015, LLC, a New Jersey
Limited Liability Company, MCDONALD'S
CORPORATION, a Delaware Corporation, and
HCC CORPORATION, a New Jersey Corporation,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT MANAHAWKIN 2015, LLC

COMES NOW Plaintiff, Dennis Maurer, Individually, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant MANAHAWKIN 2015, LLC, a New Jersey Limited Liability Company. Nothing herein shall affect the lawsuit against Defendant MCDONALD'S CORPORATION, and Defendant HCC CORPORATION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2017, I electronically filed the foregoing with the Clerk of the Court via the Court's CM/ECF System. I further delivered the forgoing by U.S. Mail to: Defendant MANAHAWKIN 2015, LLC, c/o Mark S. Rosen, Registered Agent, c/o The Hampshire Real Estate Companies, 22 Maple Ave., Morristown, NJ 07960. I further delivered a copy on Defendant McDonald's Corporation, by way of Waiver of Service, c/o I. Michael Kessel, Esq., Mkessel@littler.com, Littler Mendelson, P.C., 1085 Raymond Blvd., 8th Floor, Newark, NJ 07102, and on Defendant HCC Corporation, by way of service of process.

Date: June 13, 2017

Respectfully submitted,

Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039-0657
(973) 994-6677
kharris@bhsm-law.com

John P. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel. (305) 891-5199
jpf@fullerfuller.com

Counsel for Plaintiff Dennis Maurer