UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

DENNIS MAURER, Individually,

      Plaintiff,

vs.                                                     Case No. 3:17-cv-01881-BRM-TJB

MCDONALD'S CORPORATION, a Delaware
Corporation, and HHC CORPORATION, a New
Jersey Corporation,

      Defendants.
_____/

## **NOTICE OF SETTLEMENT**

      COMES NOW the Plaintiff, Dennis Maurer, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

      1.      The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **21st** day of **June, 2018**, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF System which will send a Notice of Electronic filing to Attorneys for the Defendant, McDonald's Corporation, I. Michael Kessel, Esq., mkessel@littler.com, Littler Mendelson, P.C., One Newark Center, 8th Floor, Newark, NJ 07102 and Defendant, HHC Corporation, Neepa P. Patel, Esq., npatel@kbrlaw.com, Kaufman, Borgeest & Ryan, LLP, 9 Campus Drive, Parsippany, NJ 07054.

    Respectfully Submitted,

**/s/Keith Harris**
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*