RECEIVED

AUG 2 3 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

DENNIS MAURER, Individually,

    Plaintiff,

vs.

MCDONALD'S CORPORATION, a Delaware Corporation, and HHC CORPORATION, a New Jersey Corporation,

    Defendants.

Case No. 3:17-cv-01881-BRM-TJB

## STIPULATION FOR DISMISSAL

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

_____
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181

/s/ I. Michael Kessel
I. Michael Kessel, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973) 848-4700
Facsimile: (973) 643-5626
mkessel@littler.com
*Attorneys for Defendant,*
*McDonald's Corporation*

Date: _____

7

4818044

Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

*[signature: Neepa Patel]*

Neepa P. Patel, Esq.
Kaufman, Borgeest & Ryan, LLP
9 Campus Drive
Parsippany, NJ 07054
Telephone: (973) 451-9600
Facsimile:  (973) 451-1050
npatel@kbrlaw.com
*Attorneys for Defendant,
HHC Corporation*

Date: _____

Date: _____

SO ORDERED:

Dated: 8/23/2018

*[signature]*

Brian Martinotti, U.S.D.J